UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------x

SHANNON MARRIOTT and MICHAEL      :
WASLE, on behalf of themselves and all      :
others similarly situated,      :
      :
            Plaintiffs,      :      CIVIL ACTION NO.:
      :
      -against-      :      CLASS ACTION COMPLAINT
      :
LG ELECTRONICS U.S.A., Inc.,      :      JURY DEMAND
      :
            Defendant.      :
      :
------------------------------------------------------x

## NATURE OF THE ACTION

1.      This class action is brought on behalf of individuals who purchased Kenmore refrigerators (the "Refrigerators") containing a linear compressor manufactured by LG Electronics U.S.A., Inc. ("LG") during the period from January 1, 2014 to December 31, 2017. LG designed, manufactured, promoted, distributed, and sold the compressors used in the Refrigerators.  Each of the Refrigerators was sold for more than $1,000 to Plaintiff and the other members of the Class.  However, the LG compressors in the Refrigerators are defective and have a long history of failing.

2.      When the compressor fails, the Refrigerator is unable to cool food in the Refrigerator, including in the freezer. The Refrigerator warms and its perishable contents spoil. While refrigerators normally last 13 years on average, the Kenmore Refrigerators with LG compressors have been failing *en masse* within approximately 36 months.

3.      LG makes its own line of LG Refrigerators that use the same LG compressors used in the Refrigerators at issue in this lawsuit.  LG previously settled two class actions alleging that certain of its LG refrigerators were defective because of the same problems with the LG

1

compressor.

4.      This action is brought on behalf of people who purchased Refrigerators with LG compressors that are not covered by either of those two class actions.

5.      Even after being sued by consumers in those two class actions, LG continued selling defective LG compressors that were used in the Kenmore Refrigerators and that have failed at extremely high rates. Despite LG's knowledge of the compressor defect, LG sold the compressors used in the Kenmore Refrigerators without disclosing the defect or its related problems to purchasers.

6.      When the Refrigerators have failed because of the defective LG compressors, LG has not replaced them with working units or offered refunds. Instead, LG has attempted futile repairs or replaced defective compressors with other defective compressors—a practice that, for many, has resulted in repeated Refrigerator failures.

7.      The compressor defect existed in each Refrigerator when it was sold.

8.      Plaintiffs and the Class members have been damaged and deprived of the benefit of their bargain.

9.      Plaintiffs bring this action to obtain relief for themselves and others who purchased a Kenmore Refrigerator with a LG compressor.

## PARTIES

**Plaintiff Shannon Marriot**

10.      Plaintiff Shannon Marriott is a citizen and resident of Maryland.

11.      Plaintiff Marriott purchased a Kenmore Elite refrigerator on November 7, 2016. The serial number is 606KR00094 and the Model number is 795.7402.

12.      Plaintiff Marriott paid $2,130.34 to purchase the Refrigerator.

13.    On August 26, 2020, the Refrigerator stopped cooling and freezing.

14.    Plaintiff Marriott lost all the food and medications in the Refrigerator.

15.    As a result of the compressor failure Plaintiff Marriott lost approximately $400.00 in food and medication in her refrigerator and freezer.

16.    A service technician subsequently diagnosed the problem as a defective LG linear compressor.

17.    Plaintiff Marriott was charged $89.00 at this visit for the diagnosis.

18.    On September 12, 2020 Plaintiff Marriott had the compressor replaced at a cost of $549.00.

19.    Plaintiff Marriott seeks damages, attorneys' fees, and equitable relief on behalf of herself and the Class against LG.

**<u>Plaintiff Michael Wasle</u>**

20.    Plaintiff Michael Wasle is a citizen and resident of North Carolina.

21.    Plaintiff Wasle purchased a Kenmore Elite refrigerator in July 2016. The serial number is 603KR00404 and the Model number is 795.74043.411.

22.    Plaintiff Wasle paid $2,036.00 to purchase the Refrigerator.

23.    In September, 2020 the Refrigerator stopped cooling and freezing.

24.    Plaintiff lost all the food and vitamins in the Refrigerator, valued at approximately $400.00.

25.    A service technician subsequently diagnosed the problem as a dead LG linear compressor and charged Plaintiff Wasle $75.00 for the diagnosis.

26.    Plaintiff subsequently had the compressor repaired at a cost of approximately $452.00.

27.     Plaintiff Wasle seeks damages, attorneys' fees, and equitable relief on behalf of himself and the Class against LG.

**Defendant**

28.     Defendant LG Electronics U.S.A., Inc., the North American subsidiary of LG Electronics Inc., is incorporated under Delaware law and maintains its principal place of business at 1000 Sylvan Avenue, Englewood Cliffs, New Jersey 07632.

### JURISDICTION AND VENUE

29.     This Court has subject matter jurisdiction over this action under the Class Action Fairness Act, 28 U.S.C. § 1332, because this is a proposed class action in which: (1) there are at least 100 class members; (2) the combined claims of class members exceed $5,000,000, exclusive of interest, attorneys' fees, and costs; and (3) Plaintiffs and Defendant are domiciled in different states.

30.     The Court has personal jurisdiction over LG because its principal place of business is within this District and it has sufficient minimum contacts with New Jersey to render this Court's exercise of jurisdiction appropriate.

31.     Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this District.

32.     Upon information and belief, the relevant conduct described herein emanated from LG's domestic headquarters in Englewood Cliffs, New Jersey. LG oversees the importation of various consumer products, including refrigerators and compressor, into the United States from its New Jersey headquarters. LG has been registered to do business in New Jersey since October 1980. LG's sales and marketing leadership, as well as its accounting, financial, and legal departments, are all based in its New Jersey headquarters. Most of LG's marketing, marketing

analysis, and sales and financial documents also were created and are located at its New Jersey headquarters. Given the foregoing, New Jersey has a more significant relationship to this case than any other state. Accordingly, New Jersey law may properly apply to the claims of class members who purchased a Kenmore Refrigerator containing an LG compressor both within and outside of New Jersey.

## COMMON FACTUAL ALLEGATIONS.

**A.** **The Defective LG Compressors in the Refrigerators**

33.    LG designs, manufactures, distributes, and sells refrigerators and compressors in this District and throughout the country. Refrigerators containing LG compressors are available for purchase in large retail stores like Sears, Home Depot, and Best Buy as well as in smaller appliance stores and online.

34.    Most of the Kenmore Refrigerators sell for more than $1,000.00 with some models exceeding $2,000.00.

35.    A compressor is the central component of any refrigerator. The compressor pumps refrigerant throughout the refrigerator's cooling system.

36.    LG developed its proprietary linear compressor in the early 2000s.

37.    LG designed the linear compressor to be an energy-efficient replacement for the reciprocating compressor used in many other refrigerators. Instead of the traditional, less efficient crank mechanism, which converts rotary motion into reciprocating motion, LG's linear compressor uses a magnet and springs to drive a piston motor.

38.    LG's proprietary linear compressors are important to LG's business and are featured prominently in its public representations, including in advertisements and marketing materials.

39.    LG uses LG compressors in its own line of LG refrigerators (which are not part of the Class in this case) and in the Kenmore line of Refrigerators (which are at issue in this case).

40.    LG has represented that it has sold millions of LG compressors since 2001.

41.    In a November 24, 2014 press release LG represented that the refrigerators with LG compressors are "up to 25 percent quieter" than refrigerators powered by reciprocating compressors. LG also touted its linear compressor's reliability, stating that the component "reduced internal friction by 64.2 percent, causing less wear to the refrigerator and helping it to achieve a 20 year life-span, a first in the industry."

42.    LG issued another press release on March 21, 2017 to mark the sale of its "15th million refrigerator worldwide powered by its proprietary Inverter Linear Compressor"—which LG termed "the appliance division's most successful core technology." In the same release, LG projected that it would sell 4 million more units in 2017, or "an average of seven refrigerators sold every minute."

43.    As in its 2014 press release, in the 2017 press release LG cited statistics concerning the linear compressor's performance, claiming that it "delivers 55 percent better energy efficiency and 15 percent less noise compared [to] its first generation compressor."

44.    Similar statements appear on the LG website's refrigerator home page and product pages:

(a)    "Inverter Linear Compressor" "Energy Saving up to 32% and more durability for 20 years"

(b)    "When you buy a refrigerator, you don't want to worry that it won't last. Because the Linear Compressor uses fewer moving parts

and operates more efficiently, LG confidently backs the Linear Compressor with a 10- year limited warranty."

(c)     "The Linear Compressor reacts quickly to temperature fluctuations and helps keep your food fresher, longer."

(d)     "You'll get all the latest features like LG's exclusive Linear Compressor technology, which delivers optimum cooling, operating efficiency and reliability."

45.     Statements approved by LG and made by its authorized resellers also advertised the LG linear compressors and their overall functionality. These statements include the following:

    **A.     Best Buy:**

(1)     "Achieve the right chill. Vents and a linear compressor will keep temperature and humidity conditions at ideal levels inside the fridge."

(2)     "Along with a linear compressor, dual evaporators and vents helps [*sic*] ensure food is constantly surrounded by cool air."

    **B.     Home Depot:**

(1)     "Linear compressor reacts quickly to temperature fluctuations and helps keep your food fresher, longer; strategically-placed vents in every section help to surround your food with cool air no matter where you put it."

(2)     "Smart Cooling Plus System uses a fresh air filter, dual evaporator linear compressor, multi-air flow technology, digital

7

sensors, and digital controls to keep your food at its freshest…"

   (3)    "With LG Smart Cooling® Plus technology, digital sensors help the Linear Compressor maintain optimum temperature and humidity levels…"

   **(C)    Lowes:**

   (1)    "Smart Cooling® system is designed to maintain superior conditions within the refrigerator. The Linear Compressor reacts quickly to temperature fluctuations and helps keep your food fresher, longer."

   (2)    "Smart Cooling system monitors and maintains temperature and humidity levels to help keep food fresh."

   **(D)    P.C. Richard & Son:**

   (1)    "With LG Smart Cooling® Plus technology, digital sensors help the Linear Compressor and Dual Evaporators maintain optimum temperature and humidity levels…"

   (2)    "The Linear Compressor reacts quickly to temperature fluctuations and helps keep your food fresher, longer."

   (3)    "LG Smart Cooling"

46.    The substantially similar language and copyrighted phrases ("Smart Cooling®" technology) used in this marketing messaging demonstrate that LG provides substantively uniform marketing materials to its resellers and authorizes the statements those resellers make about LG's compressors, particularly with regard to the refrigerators' cooling capabilities.

47.    LG's authorized resellers also run LG-branded advertisements and video clips

touting the performance of LG's linear compressor.

**B.    The Defect Manifests in the Kenmore Refrigerators**

48.    LG's linear compressors have caused consumers problems for many years.

49.    When an LG compressor fails, the refrigerator warms and the perishables within it spoil.

50.    LG's linear compressor contains an intake valve, where refrigerant enters, and a discharge valve, where refrigerant exits. These valves are responsible for regulating and controlling the flow of refrigerant through the compressor.

51.    The LG compressor's discharge valve is made of a plastic material that is prone to failure from ordinary usage.

52.    LG's linear compressor works in close connection with another important component, called the evaporator. The evaporator is where heat transfer takes place. Together, the compressor and evaporator are essential components for cooling. Before refrigerant enters the compressor, it flows through the evaporator. The evaporator absorbs heat from the interior of the refrigerator and into the refrigeration system. This process causes the refrigerant to vaporize, and the vaporized refrigerant is then sent through the compressor.

53.    As used herein, the term "compressor defect" refers to the defective nature of the LG linear compressor and related parts, including the evaporator, in the Refrigerators.

54.    The tubing of the evaporator in Refrigerators also is defective and prone to corrosion and pitting from ordinary usage. Pinholes develop in the evaporator tubing, which cause leaks and allow atmospheric air to enter. When a leak forms, it is very hard to diagnose, which can preclude effective repair.  Because of the air leakage, the refrigerant that passes from the evaporator to the condenser generates excess pressure that stresses the compressor and

9

contaminates oil in the compressor. The contaminated oil infects the entire sealed system.

55.    The compressor's components are defective and incapable of withstanding the additional pressure, resulting in failure. Often, the weakest component of the compressor—the discharge valve—is the first to fail.

56.    Once the compressor used in the Refrigerator fails, even if a repair is performed, the refrigerator remains substantially certain to fail within two to three years because LG and its authorized technicians use the same defective parts as replacements.

57.    LG's linear compressors are thus inherently defective—and the defect inevitably manifests.

58.    LG nevertheless continues to sell and distribute its compressors in the Refrigerators and responded to warranty claims by attempting futile repairs.

59.    As a result, consumers have been left without a refrigerator for weeks while they wait for service, and many have experienced repeated failures.

C.    **Technicians in the Field Observe Widespread Failures of the LG Compressors**

60.    LG refrigerator technicians repeatedly have noted the compressor defect in the field and reported the compressor failures they saw directly to LG.

61.    Authorized repair technicians are in a direct reporting relationship with LG. These technicians report to LG after performing repairs on Refrigerators with the LG compressors.

62.    Authorized repair technicians have been reporting a large volume of compressor defect failures to LG since at least 2014.

63.    After receiving failure reports from authorized technicians, LG's engineering department acquires certain failed refrigerators and compressors and performs research to

10

determine the cause of their failures.

64.     Repair technicians have reported an overwhelming volume of LG compressor

failures.

### D.     Thousands of Consumers Report the LG Compressor Failures

65.     There have been hundreds or thousands of complaints from consumers about LG

compressor failures.

66.     The following excerpts from consumer complaints provide examples of the

many consumers who have bought Refrigerators that have failed because of defective LG

compressors:

(a)     Kenmore Elite 795-7316
        Same story as above, bought the [Refrigerator] on July 2018,
        stopped making ice and the compressor stopped working and the
        Kenmore Elite died with almost $400 food on Oct. 2020. Neither
        LG Company or Sears were any help, it cost me $1600 to replace
        the Compressor, not sure how long is going to work. Talk about a
        class action case against both of these large companies who have
        disappointed so many of their customers and hopping they just go
        away!

(b)     Kenmore Elite Refrigerator Made by LG
        Bought a Kenmore Elite Refrigerator approximately 2 years ago,
        Model: 795.74025.411. Paid over $3,000.00 for the refrigerator
        and now 2 years later the compressor is going bad. Repairman said
        this was a common problem with LG refrigerators and Kenmore
        Refrigerators made by LG. Estimated repair cost over $1,000.00!

(c)     Kenmore Elite
        Just like all the stories before, we have a Kenmore Elite (made by
        LG) model 795.51863.611, purchase in 5/2018 and now the
        compressor is bad. I had a repair man out and I he said that even
        though the part will be covered (10 yr part warranty) the labor will
        not be and on average will be around $750. How is it justifiable to
        pay that amount of $$ for a 2 year old refrigerator but the other
        option is to trash it, so sad and pathetic. I will never buy anything
        from Sears ever again and I will be sure to tell anyone who listens
        what a piece of garbage the appliances are and how horrible Sears
        customer service is, they have been no help! This isn't right and I

11

hoping they get sued big time.

(d)    Jun 4, 2020
       <u>Sears/Kenmore Fridge Linear Compressor</u>
       Purchased a Kenmore "French" 3-door fridge Model 795-
       73157.610 Nov 2016 $2,400! Jun 2020 it quit working!!! Sears
       says they will honor Warranty and provide Linear Compressor part
       but no labor or compensation for lost food. Repair tech said labor
       would be over ~$1,400 to $1,600............. I see other Kenmore
       similar model have a recall but not for our model that has exact
       same problem. Any ideas on what our next step should be.........???,

(e)    May 4, 2020
       <u>Kenmore Compressor failure</u>
       My $2200 refrigerators compressor failed after just 2 ½ years.
       What a piece of junk. I am reading about the class action lawsuit
       over defective linear compressors. Can anyone explain why there
       is a not a recall and replacement action with a non-defective
       compressor? Seems like the right thing to do. The Sears repairman
       just talked me into throwing out my fridge and buying a new one.
       He had a compressor to put in but let me know it was $1014. To
       install. So just spent another $2000 for a new replacement
       including the 3 year warranty. This is outrageous and so
       disappointing to know that these warranties on original
       compressors are covered for one year. And that this is more
       common based on the class action.

       These are American companies? I spend my money trying to buy
       quality items from America. I would be happy to spend a little
       more for an appliance that will last.

       Is there any compensation to resolve the defective compressor?

(f)    <u>Kenmore side by side quit cooling model 795.51819.410</u>
       Bought Kenmore fridge March 2016 quit cooling August 2020. lg
       compressor flb075lana. Talked with local repairman said bad
       compressor. No one will do this job worried won't be paid by
       Sears. Sears 3rd party service live could not find a repairman.
       Called sears again they said we will send sears tech wasn't given
       that option first call directly to Service Live for 340.00 pre -
       authorization on credit card. Sears tech come out for 149 trip fee
       not including labor. Food reimbursement not covered in contrast to
       first call to sears. Sear tech be out 9/14/20. One month without a
       refrigerator. I need a refrigerator so I had to buy another fridge.
       You bet it was not Kenmore or through Sears this time. I will never
       buy Kenmore appliances again or anything through Sears.

Kenmore and Sears are not what they used to be. Sad as I always bought Kenmore my kitchen is full of Kenmore but that won't be the replacement brand when the stove, dishwasher and microwave die.

(g)    Aug 26, 2020
Sears Kenmore Elite 795 Refrigerator
After 3.75 years of working, the unit stopped cooling. We had a local repair guy come by to assess. He diagnosed a bad circuit board and recommended replacement of board and HVC (high-voltage capacitor). His bill was $390 parts and labor. That seemed to work a day or two until it was noted that the compressor wasn't cooling adequately (ice cream not frozen, main compartment not cold). He came back, free of charge, ran through diagnostics and said compressor (LG) was bad. He could not work on closed refrigerant system (didn't want to get a $10K fine for this) and we contacted Sears A/E. My wife was on phone for one hour to get someone out to fix from Sears. The compressor was under warranty, but labor not. This replacement cost us $419 for labor for $139 to come out and additional for two hours diagnosis and replacement of compressor. He spent the whole time he was at our house trying to get us to buy a $46 per month service plan. She called me at work and we told him "no." The refrigerator never got cold at all after he left. We contacted Sears again, it took another week (we are up to almost three weeks of no refrigerator for a unit that originally cost $2500 or so) for someone to come out and check again. This time, the different tech chased down a problem with air not going through condensor/coiling coils, replaced that, and now we have the unit working again. Unbelievably, there was no charge to us for this last visit since it was a return call.

Overall we spent $800 out of pocket for repairs of a $2500 refrigerator 3.75 years old. That doesn't count spoiled food, including ice cream. The various repair people all told us that LG has a horrible reputation for refrigerators. I will NEVER buy another LG product, if I can help it. I understand that there is a class action lawsuit and will be looking into seeing if that will help me recover time/expenses/food. Also, if we had been paying $46 per month for 44 months, we would have paid $2024 in fees for repair contract. That's even worse than the $800 and lost food. I understand that utility company service contract from local sources often are far less costly.

(h)    Aug 9, 2020
Kenmore Elite SxS #795.5186* (LG)
Purchased Kenmore Elite Side by Side in NOV 2017, model #

13

795.5186 (white); manufactured by LG. Ice maker replaced in NOV 2018 just within warranty. AUG 2020 compressor abruptly dies; waited 7 days for Sears tech to assess; compressor part under warranty, but labor will be $604.71 (includes the $129 diagnostic fee) and not available for the repair appointment for 20 days. It is unacceptable to have a major appliance fail in 30 months use; and to have service delays.

(i)  Kenmore Pro Model 795.79993.510
Kenmore Pro, counter depth, French door, bottom freezer 795 series. Purchased new in December of 2016 for $2700. Linear compressor failed after only 3.5 years, lost all food in freezer and fridge. Service tech showed up a week later, initially quoted me parts and labor, had to remind him of warranty on parts; 5 yr on sealed cooling system, 10 yr on compressor. This is a 3 year old fridge, had I not said something would have charged me for all. Still ended up paying $430 for labor. $119 of that was the "diagnostic" fee, which consisted of him sticking a temp gun in the fridge. Pretty sure he knew what was wrong before he walked in the house. The only bright side, because these compressors are failing at such a high rate (tech mentioned he had replaced 7 already in July), they keep them on the truck, so he was able to repair same day.

I will never purchase a Kenmore appliance again!

67.    Other consumer complaints started in 2012 and continue to this day.  The following examples from a consumer protection website show that the problems arise from the defective LG compressors:

a)    **2/2/12:** ". . . Four years to the day, after plugging in our new fridge, the compressor failed. That was November 22, 2011. I am sending this note on February 2, 2012, and we are still waiting for parts to repair the new LG."

b)    **1/21/13:** "We purchased a top of the line LG refrigerator Model #LFX28978ST from Home Depot on July 4th, 2012. On December 23, 2012, it quit working. It is now January 21, 2013 and I am still

14

without a refrigerator! I called the LG Hotline on December 23rd
and was told that they could have their certified repairman out on
the 28th of December.  He came out and told me we needed a new
compressor; he didn't carry this part on his truck so it would have
to be ordered. The compressor would take a week to get here."

c)  **6/22/13:** ". . . The compressor failed within 4 years, and it never
keeps the right temperature, constantly freezing food in the fridge.
We set it at 45-47, it does 30-32. We're throwing away lots of
vegetables ruined by freezing. Even worse, when we needed repair
for the compressor, under warranty, we contacted LG. Their
repairman came out and said he would order the part, and then we
never heard from him again. Only one local vendor would work on
it. The rest said they refuse to work on LG…"

d)  **6/24/13: "**Compressor failed in less than 2 years. LG would not
help me and then hung up on me. This is an awful company that
makes cheap poor quality products!!! Be warned. Do not buy their
products."

e)  **7/30/13:** "After slightly less than 3 years my French Door
Refrigerator suddenly could not get cold enough to safely
refrigerate the food and safely keep foods frozen. The temperature
in the refrigerator box hovered at about 40 and the freezer at
around 32. The temperatures would not change even though I
increased the coldness setting. A repairman from a reputable repair

company and after testing and checking all of the different

components he said the compressor was failing. He said that it was

a common problem with the LG refrigerator. He said he had

several compressor failures in them a year and that nearly all of

them were less than 3 years old. The repair cost is more than it is

worth."

f)    **2/2/14:** "This was the biggest mistake buying the LG LFX

2578ST. After only 6 months the compressor conked out. LG has

left us waiting for a replacement compressor on order that will take

"2 or 3 days" at which point the repair person would be sent

out…LG has been less than helpful and really left us stranded with

no fridge. I have no confidence in their product and customer

service has been disappointing. They are not solution focused,

have no intention of replacing the fridge and state they will cover

only $250 in perishables in a lifetime. I would not recommend this

product…."

g)    **6/9/14:** "We have had numerous issues with flooding and ice all

over the floor and with the unit not keeping food cold enough. We

contacted LG for service, only to realize that it would take two

weeks to install a new compressor and worrying if that would hold.

I lost over $200.00 in food."

h)    **1/23/15:** "Model LFX28978SB - For the 2nd time in the last 4

months, I have thrown away all of the food in our LG

refrigerator/freezer. This refrigerator had the compressor replaced 4 months ago and then again, one month later.**"**

i)   **10/27/15:** "They have been to my house 5 times, replaced the compressor twice along with other parts. I had to pay $600+ for the labor and parts that weren't under warranty. It still doesn't work. My wife called LG and they said there is nothing more they can do. I'm out $600 and a fridge. Lousy product and a lousy company!"

j)   **11/10/16:** "Terrible product. Compressor not functioning after only 18 months. Calling the service line is a joke. 40 minutes on the phone…. After all was said and done, it will cost me $348 for a service call which can only be done by their service techs. Absolutely pitiful product, Model LMXC23746S/00. I built homes for 40 years and never had to deal with a malfunctioning appliance this quickly."

k)   **4/28/17:** "Compressor went bad after 11 months. LG replaced the compressor. That one was bad as soon as it was plugged in. Replaced a third time. It has worked for 5 years and stopped cooling again. Been trying for 2 weeks to get someone to come and fix it. 4 bad compressors in 5 years. If you're thinking of buying a refrigerator think other than LG."

l)   **10/4/17**: "Bought this LG fridge 18 months ago. 3 compressors have broken and LG refuses to return unit for full (or even partial)

17

refund. Customer care won't let me escalate. Lost over $300 in food and been down for over 3 weeks with family of 4. I just want it to go away - they need to admit it was a lemon and do the right thing!!! Customer service there is so horrible- they don't care at all....DO NOT BUY A FRIDGE FROM LG!!!"

m) **12/15/17:** "LG fridge LFXS29626S French Door…Compressor went out 1yr 4mos… No fridge for Thanksgiving and looks like no fridge for Christmas. Don't get me started on the customer service. One rep told me pretty much to get over it, she was without fridge once for 5 mos. 6 weeks is nothing! They all act like there's something wrong with us for feeling that the service is unacceptable. And they continue to get away with it."

n) **5/17/18:** "We bought our LG LMXS30776S/02 less than two years ago from Best Buy…It stopped working on 5/8 and I called Best Buy - they couldn't send someone for 3 days…. The technician came today and said it needed a new compressor. He commented that this was the 5th LG Refrigerator compressor replacement he's worked on this month."

o) **1/10/19:** "The compressor was replaced 5 days ago on Friday 1/4/2019. Five days later I am without a refrigerator and freezer again and have lost $200 -$250 in groceries. I have photos of the water leaking out of the ice maker on the door as well."

p) **3/25/19:** "I bought my French door LG refrigerator in Jan 2018.

Now - in March 2018 it is no longer cooling. I bought the extended

warranty through Lowe's. They sent a tech to assess the problem.

Compressor needs replacing. After only 14 months of use!"

Aggrieved consumers formed a Facebook group—"LG

Refrigerators – Life is NOT Good"—related to the compressor

defect. The group has approximately 1,500 likes and follows. It

contains numerous pictures and accounts of consumers who

experienced LG Refrigerator compressor failure.

**E.      LG's Knowledge of the Compressor Defect**

68.    Many similar complaints of malfunctioning LG compressors, dating back years,

have been made directly to LG on its website and on social media pages that LG regularly

monitored. These complaints and the sampling of complaints reproduced above, demonstrate

LG's longtime knowledge of the defect.

69.    LG, moreover, has had exclusive and direct knowledge of the scale of the

compressor problems from its communications with its authorized repair personnel, who have

been inundated by repair requests for years.

70.    Additionally, local television news stations across the country have reported on

consumers' difficulties with the compressor defect:

(a)    A local CBS television news affiliate ran a segment in

December 2018 entitled: "'Pandemic' of dying LG fridges has log-

jammed repair workers." CBS interviewed a consumer whose LG

Refrigerator failed and could not be repaired because LG repair

providers said "they were months out or they don't work on LGs

19

anymore." One repair person reported that "[LG's] refrigerators are failing quite pandemically" and "it's a national thing." The repair person informed LG that his company would no longer work on LG refrigerators due to the high repair volume, explaining "we're just getting buried in it." In response to the    story LG said it was hiring more technicians.

(b)      A CBS news affiliate in Georgia reported in March 2018 that an LG consumer  experienced the defect but had to wait for service for weeks because the replacement compressor was "on back order." Within a day after being installed, her replacement compressor also failed.

(c)      In September 2017, a local San Diego news outlet reported that a man from Escondido, California complained that after his two-year old refrigerator failed, an LG technician diagnosed the refrigerator with the compressor defect but could not fix the problem on an initial service visit. LG charged him for the service visit    and an extended warranty but did not replace the compressor or otherwise address the customer's concerns until after LG was contacted by the news station.

(d)      In July 2017, a Connecticut station reported that a frustrated LG refrigerator owner contacted it after numerous delays in getting the compressor in her $2,200 LG refrigerator repaired. The consumer reportedly contacted "over a dozen [LG] authorized

workers," none of whom would attempt a repair. The consumer

reported, "I spent 10 hours making phone calls between LG and

private servicer that LG recommended," without success.

(e)    In July 2017, a Kansas City Fox News affiliate reported

that one consumer's $1,450 LG refrigerator failed from the

compressor defect ten months after purchase. After two service

visits and a replacement compressor did nothing to  fix the

problem, LG denied the consumer's claim for a new refrigerator,

reportedly stating that the consumer would have to wait for another

service visit    to attempt another repair. Only after the local news

station "called LG and left multiple messages" did LG agree to

provide a new refrigerator. Until then, the consumer and his family

of six relied on a cooler to preserve their food for three weeks in

the middle of the summer.

71.    In 2013 a class action was filed, *Clark v. LG Electronics U.S.A., Inc.,* No. 3:13-CV-485-JM (JMA) (S.D. Cal. filed Feb. 28, 2013), alleging that LG's proprietary "Smart Cooling System" was defective. That litigation placed LG on notice of the defective nature of its linear compressors.

72.    LG settled that lawsuit in 2014 and continued selling its refrigerators and the compressors, including the LG compressors in the Refrigerators at issue in this action.

73.    In 2019 consumers sued LG about its defective LG refrigerators containing the defective LG compressors.  Multiple lawsuits were consolidated or coordinated into one proceeding that was pending in this District. *See Bentley v. LG Electronics U.S.A., Inc.*, 2:19-cv-

13554 (D.N.J.)

74.     In that action the consumers alleged that LG Refrigerators were failing because of the defective LG linear compressors.  In 2020 LG reached a proposed class-wide settlement with the Plaintiffs in that case.  However, the proposed settlement specifically excludes the Refrigerators with defective LG compressors that are the subject of this case.

75.     In sum, complaints from consumers and repair shops, as well as news reports and at least two class actions provided LG with knowledge—well before Plaintiffs purchased their Refrigerators—that the LG compressors in the Refrigerators are defective.

**F.     LG's Deficient Warranty Service**

76.     Many of the consumers who experienced the defect have voiced frustration with LG's warranty service or the warranty service of its authorized sellers and repair providers. Despite being aware of the defect, LG replaces defective parts with defective parts, causing customers to suffer repeat failures.

77.     LG also requires consumers to wait for overwhelmed repair providers to obtain a replacement compressor and attempt the repair. And any repair is temporary, at best, because the replacement part is equally defective.

78.     Further, LG required consumers to pay for the labor associated with replacing the defective compressor. Those labor costs generally range from $200 more than $1,000. LG covered only the cost of replacement parts.

79.     LG's performance, and the warranty performance of its authorized agents, is deficient.

80.     Plaintiffs and class members uniformly overpaid for their Refrigerators because of the defective LG compressor, and those who experienced the defect have been left without a

refrigerator while waiting for LG to diagnose the problem and arrange for repairs.

81.     To date, LG has not implemented an effective remedy for those who experience the compressor defect.

## TOLLING OF THE STATUTE OF LIMITATIONS

82.     At all relevant times, LG knew that the Refrigerators were defective and knew that Plaintiffs and class members did not have that knowledge.

83.     Despite reasonable diligence on their part, Plaintiffs and class members were kept unaware by LG of the factual bases for the claims for relief asserted below.

84.     LG actively concealed the compressor defect by touting the LG compressors' high quality and functionality without disclosing their defective nature. LG's concealment prevented Plaintiffs and class members from discovering their injuries and pursuing legal relief from LG.

85.     Plaintiffs and the Class did not discover and could not reasonably have discovered the compressor defect until their Refrigerators failed.

## CLASS ACTION ALLEGATIONS

86.     Plaintiffs bring this action on their own behalf and on behalf of the following class pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), and/or 23(b)(3):

> All persons in the United States who purchased, other than for resale, a Kenmore Refrigerator between January 1, 2014 and December 31, 2017 containing an LG compressor.

87.     Excluded from the class are consumers who are settlement class members in the *Burrage* class action and any class members who have signed releases in favor of LG.  Also excluded from the Class are LG, its parents, subsidiaries, affiliates, officers and directors, any

entity in which LG has a controlling interest, all class members who timely elect to be excluded, governmental entities, and all judges assigned to hear any aspect of this litigation and their staff and immediate family members. Plaintiffs reserve the right to modify, change, or expand the class definition, including proposing additional subclasses, based on discovery and further investigation.

88.    **Numerosity.** The members of the class are so numerous that joinder is impractical. The class includes at least thousands of individuals.

89.    **Typicality.** Plaintiffs' claims are typical of the claims of the class in that Plaintiffs, like all class members, were deprived of the benefit of their bargain in purchasing the Refrigerators containing the LG compressor. LG's marketing and sale of defective goods forms a common course of conduct underlying the claims of Plaintiffs and each class member. Plaintiffs and class members would not have purchased, or would have been willing to purchase only at a lower price, the Refrigerators had they known of the compressor defect.

90.    **Adequacy of Representation.** Plaintiffs will fairly and adequately protect the interests of the Class. Plaintiffs have no interests adverse to the interests of any other Class member and are committed to vigorously prosecuting this case. Plaintiffs have retained competent counsel experienced in the prosecution of consumer protection class actions involving defective goods.

91.    **Commonality and Predominance.** There are questions of law and fact common to the class, and these common questions predominate over any questions affecting only individual class members. Among the questions common to the class are:

a)    Whether the Refrigerators containing the LG compressors were defective at the time of sale;

b)    Whether and to what extent the compressor defect impairs the value of

24

the Refrigerators;

c)     Whether LG knew of the compressor defect but continued to promote and sell the Refrigerators, including the linear compressors, without disclosing the defect or its consequences to consumers;

d)     Whether a reasonable consumer would consider the compressor defect and its consequences important to the decision whether to purchase a Refrigerator;

e)     Whether LG breached implied warranties connected with the Refrigerators;

f)     Whether LG's representations and omissions relating to the Refrigerators and linear compressors were likely to deceive a reasonable consumer;

g)     Whether Plaintiffs and class members overpaid for their Refrigerators as a result of the violations alleged herein;

h)     Whether Plaintiffs and class members are entitled to equitable relief, including restitution and injunctive relief; and

i)     Whether Plaintiffs and class members are entitled to damages or other monetary relief, and if so, in what amount.

92.     **Superiority.** A class action is superior to all other methods available for the fair and efficient adjudication of this controversy. Because the amount of each individual class member's claim is small relative to the complexity of the litigation, and given LG's financial resources, no class member would be likely to pursue legal redress individually for the violations detailed in this complaint. A class action also presents fewer management difficulties than individual suits, allows claims to be heard which would otherwise go unheard, and allows comprehensive supervision by a single court.

93.     **Injunctive Relief.** Class certification is appropriate under Rule 23(b)(2) because LG acted and refused to act on grounds generally applicable to the class, making appropriate final injunctive relief with respect to the class as a whole.

## FIRST CLAIM FOR RELIEF

### Breach of the Implied Warranty of Merchantability

### (On behalf of Plaintiffs and the Class)

94.     Plaintiffs bring this claim on behalf of themselves and the class under New Jersey law, N.J.S.A. § 12A-314.

95.     LG is a "merchant" as defined by these statutes.

96.     The Refrigerators are "goods" as defined by these statutes.

97.     LG impliedly warranted that the Refrigerators were of a merchantable quality and were fit for their ordinary and intended use of cooling food and beverages.

98.     LG knew the specific use for which the Refrigerators were purchased. LG directly sold and marketed refrigerators containing linear compressors to customers through its authorized retailers and agents, such as those from whom Plaintiffs and class members bought their Refrigerators. LG knew that the Refrigerators would and did pass unchanged from the authorized retailers and agents to Plaintiffs and class members, with no modification to the defective compressors.

99.     The Refrigerators contained a compressor defect when the refrigerators or compressors left LG's possession and at the time of sale. The defect renders the refrigerators and compressors inoperable during their useful lives and unfit for their ordinary and intended purpose.

100.    At all relevant times, including when the Refrigerators and compressors entered the stream of commerce and were purchased by Plaintiffs and class members, the Refrigerators and compressors were defective and substantially certain to fail long before the end of their useful life.

101.     LG knew of the compressor defect in the Refrigerators before Plaintiffs purchased their Refrigerators, including through (1) numerous consumer complaints and warranty claims, made online and directly to LG; (2) direct reports of product failures from LG's authorized repair personnel; (3) public news reports; (4) prior class actions against LG concerning its defective refrigerators and compressors; and (5) LG's non-public internal data.

102.     Plaintiffs and class members were in privity of contract with LG by virtue of their interactions with LG and its retailers, who acted as LG's agents.

103.     Alternatively, privity of contract need not be established, and is not required, because Plaintiffs and class members are the intended third-party beneficiaries of the implied warranties and other contracts between LG and retailers who sold the Refrigerators. LG's warranties were designed and intended for the benefit of consumers who purchased these refrigerators containing LG compressors. LG was aware of Plaintiffs' and class members' reasonable expectation that the LG compressors would reliably cool food and beverages for at least several years after purchase.  LG also made direct representations and omissions to Plaintiffs and consumers through its agents, in marketing materials, its website, and in advertisements.

104.     Plaintiffs provided LG with an opportunity to cure its breach of warranty, to no avail. LG has refused to recall, adequately repair, replace, or refund the purchase price of failed Refrigerators.

105.     Any attempt to disclaim or limit the implied warranty is unconscionable and unavailing given the circumstances. LG knowingly sold Refrigerators with a uniform compressor defect that causes these products to prematurely fail. Despite this knowledge, LG failed to inform Plaintiffs and class members of the defect and misrepresented the reliability, quality,

performance, and qualities of the Refrigerators and compressors. The limited remedies offered in LG's warranty unreasonably favor LG and contravene the reasonable expectations of Plaintiffs and class members concerning the performance of the Refrigerators and compressors.

106.    The time limits contained in LG's warranty period are also unconscionable and inadequate to protect Plaintiffs and the Class. Plaintiffs and Class members had no meaningful choice in determining these time limitations, and their terms unreasonably favor LG. A gross disparity in bargaining power existed between and Class members, and LG knew that the Refrigerators and compressors were defective at the time of sale and that the defect would cause premature failure

107.    Plaintiffs and class members were not required to notify LG of the breach because doing so would have been futile. LG also was on notice of the compressor defect from the complaints and service requests it received from Plaintiffs and class members, from repairs and/or replacements of the linear compressors or components thereof, and through other internal and external sources.

108.    As a direct and proximate cause of LG's breaches, Plaintiffs and class members suffered and will continue to suffer damages, injury in fact, and ascertainable loss, including economic damages at the point of sale of their Refrigerators, repair and replacement costs, monetary losses associated with food spoiling, damage to other property, and loss of use of or access to a refrigerator for daily needs.

109.    LG's breaches of the implied warranty of merchantability thus damaged Plaintiffs and class members in an amount to be determined at trial.

## SECOND CLAIM FOR RELIEF

**Violations of the Magnuson-Moss Warranty Act 15 U.S.C. § 2301 *et seq.* ("MMWA")**
**(On behalf of the Plaintiff and the Class)**

110. Plaintiffs incorporate all other allegations by reference.

111. The Refrigerators are "consumer products" under 15 U.S.C. § 2301(1).

112. Plaintiffs and class members are "consumers" under 15 U.S.C. § 2301(3).

113. LG is a "supplier" and "warrantor" under 15 U.S.C. § 2301(4)-(5).

114. Through its implied warranty, LG warranted to Plaintiffs and class members that the Refrigerators and LG compressors they purchased were free from defects, of merchantable quality, and fit for the ordinary purposes for which a refrigerator is used.

115. LG breached and refused to honor these implied promises. As a result of the compressor defect, the Refrigerators are inoperable and fail to perform in accordance with their ordinary and intended purposes.

116. LG has been given reasonable opportunities to cure its breaches of warranty. LG had actual knowledge and ample notice that the Refrigerators with LG compressors are defective as detailed above, but failed to provide an adequate remedy.

117. For the reasons set forth above, LG's durational limitation on implied warranties is unconscionable and unenforceable under 15 U.S.C. § 2308(b).

118. The amount in controversy for purposes of each Plaintiff's individual claims exceeds $25. The amount in controversy in this action exceeds $50,000, exclusive of interest and costs, computed on the basis of all claims to be adjudicated in the suit.

119. As a direct and proximate result of LG's breaches of its implied warranty pursuant to 15 U.S.C. § 2310(d)(1), Plaintiffs and class members have suffered damages in an amount to be determined at trial.

120.    Plaintiffs also seek costs and expenses, including reasonable attorneys' fees, pursuant to 15 U.S.C. § 2310(d)(2).

## THIRD CLAIM FOR RELIEF

### Violations of the New Jersey Consumer Fraud Act
### N.J. Stat. Ann. § 56:8-1 *et seq.* ("NJCFA")

### (On behalf of Plaintiffs and the Class)

121.    Plaintiffs incorporate all other allegations by reference.

122.    Plaintiffs Shannon Marriott and Michael Wasle, each member of the Class, and LG are "persons" within the meaning of N.J. Stat. Ann. § 56:8-1(d).

123.    LG's advertisements described herein are "advertisements" within the meaning of N.J. Stat. Ann. § 56:8-1(a).

124.    The Refrigerators and the LG compressors are "merchandise" within the meaning of N.J. Stat. Ann. § 56:8-1(c).

125.    LG's sale of the Refrigerators and LG compressors constitutes "sales" within the meaning of N.J. Stat. Ann.§ 56:8-1(e).

126.    The NJCFA prohibits "any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation, or the knowing, concealment, suppression, or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise . . . ." N.J. Stat. Ann. § 56:8-2.

127.    LG employed unconscionable commercial practices in its advertising and sale of the Refrigerators and LG compressors. LG's practices in connection with its advertising and sale of the Refrigerators and LG compressors demonstrate a lack of honesty and fair dealing.

128.    LG also engaged in deceptive trade practices in violation of New Jersey law by

promoting the functionality and quality of the Refrigerators and LG compressors while failing to disclose and actively concealing the compressor defect.

129.    LG intended that others rely upon its concealment of the LG's compressors' defective nature when purchasing this product. LG knew that disclosure of the defect to Plaintiffs and class members would be important to their decision whether to purchase a Refrigerator containing an LG compressor.

130.    Plaintiffs and the Class members suffered ascertainable loss as a direct and proximate result of LG's unconscionable and deceptive acts or practices. Had Plaintiffs and the Class members known that the Refrigerators with the LG compressors contained a latent defect, they would not have purchased the Refrigerators or would have paid significantly less for them. Among other injuries, Plaintiffs and the Class members overpaid for their Refrigerators containing LG compressors, and suffered damages.

131.    As permitted under N.J. Stat. Ann. § 56:8-19, Plaintiffs and the Class members seek trebled damages, appropriate injunctive relief, and reasonable attorneys' fees and costs.

132.    In accordance with N.J. Stat. Ann. § 56:8-20, a copy of this Complaint will be mailed to the relevant state officials at the time of its filing.

<u>**FOURTH CLAIM FOR RELIEF**</u>

**Fraud by Concealment**

**(On behalf of Plaintiffs and the Class)**

133.    Plaintiffs incorporate all other allegations by reference.

134.    LG intentionally suppressed and concealed material facts about the performance and quality of the Refrigerators containing LG compressors. As alleged herein, LG knew about the defective nature of the compressors and related parts in the Refrigerators. Further, LG was

aware of numerous consumer and technician reports of defect-related problems, but never disclosed the compressor defect to Plaintiffs and class members.

135.    Because the defect in the Refrigerators with LG compressors is latent and undetectable until it arises, Plaintiffs and class members had no reasonable means of knowing that LG's representations concerning the Refrigerators and their compressors were incomplete, false, or misleading, or that LG had failed to disclose that the Refrigerators with LG compressors are defective.

136.    Plaintiffs and class members did not and reasonably could not have discovered LG's deceit before they purchased their Refrigerators with the LG compressors or before the end of their respective buyer's remorse periods.

137.    Had Plaintiffs and class members known that the Refrigerators with LG compressors are defective, they would not have purchased the Refrigerators, would not have purchased a Refrigerator with an LG compressor for the price they paid, or would have returned their Refrigerator for a refund during their respective buyers' remorse periods.

138.    LG had a duty to disclose the compressor defect because the defect is material and LG possessed exclusive knowledge of it. LG acquired its knowledge of the compressor defect from multiple sources, including, without limitation, its own design, development, and pre-release testing of the linear compressor, consumer complaints that it received, lawsuits, interactions with its authorized repair personnel, and media reports.

139.    LG also had a duty to disclose the compressor defect because, through advertising, product brochures, external labeling, statements made through its authorized retail channels, statements made on its website, and in other sources that Plaintiffs and class members encountered before purchasing their Refrigerators, LG made partial representations regarding the

purported high quality of the LG linear compressors—including representations about their reliability—but failed to disclose facts that would have materially qualified those partial representations. Having volunteered information relating to the compressor to Plaintiffs and class members, LG had a duty to disclose the whole truth about the compressor and its defective nature.

140.    Plaintiffs were exposed to LG's specific representations about the LG compressors before and immediately after purchase, and within the time period in which they could have returned their Refrigerators without penalty. Plaintiffs saw LG's representations about the LG compressors online or in product advertisements, and received further information from LG about the LG compressors in product manuals and brochures that accompanied the Refrigerators. None of the informational sources Plaintiffs saw—advertisements, websites, product manuals, brochures, or promotional materials—indicated that the Refrigerators containing the LG compressors were defective.

141.    LG concealed the compressor defect to sell more Refrigerators and compressors at a premium price, in a misguided effort to prevent damage to its brand, and to avoid the costs of an effective fix and of repairs, replacements, and refunds for its customers.

142.    The facts about the LG compressors that LG suppressed and omitted were material, and Plaintiffs and class members were unaware of them until they experienced the defect. Had LG disclosed the defect, including through advertising, press releases, promotional materials, or retailer statements, Plaintiffs and class members would not have purchased a Refrigerator with an LG compressor, would have paid substantially less for it, or would have returned it for a refund.

143.    When deciding to purchase a Refrigerator, Plaintiffs and class members

reasonably relied to their detriment upon LG's material misrepresentations and omissions regarding the quality of the LG compressor in the Refrigerators and the absence of a product defect.

144.    Plaintiffs and class members sustained damages as a direct and proximate result of LG's deceit and fraudulent concealment. Among other damage, Plaintiffs and class members did not receive the value associated with the price they paid for their Refrigerators containing LG compressors.

145.    LG's fraudulent concealment was malicious, oppressive, deliberate, intended to defraud Plaintiffs and class members and enrich LG, and in reckless disregard of Plaintiffs' and class members' rights, interests, and well-being. LG's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct, to be determined according to proof.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of themselves and members of the Class, respectfully request that this Court:

A.    Certify the class defined above and appoint Plaintiffs as class representative and their counsel as class counsel;

B.    Determine that LG is liable for the violations set forth above;

C.    Award damages or restitution to Plaintiffs and class members, in addition to pre-judgment and post-judgment interest, as provided by law;

D.    Grant appropriate equitable relief, including, without limitation, an order requiring LG to adequately disclose the LG compressors' defective nature;

E.    Award reasonable attorneys' fees and costs;

F.      Award Plaintiffs and class members trebled and/or punitive damages as authorized by law; and

G.      Grant such further and other relief that the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs request a trial by jury of all issues triable as of right.

Dated: October 15, 2020                    Respectfully submitted,


By:*/s/ Olimpio Lee Squitieri*
Olimpio Lee Squitieri
**SQUITIERI &FEARON, LLP**
2600 John F. Kennedy Blvd.
Jersey City, New Jersey 07306
Telephone: (201) 200-0900
Email: lee@sfclasslaw.com


-    and –

SQUITIERI & FEARON, LLP
32 East 57th Street
12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile:  (212) 421-6553
Email: lee@sfclsslaw.com

Attorneys for Plaintiffs

35