# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON MARRIOTT and MICHAEL WASLE, on behalf of themselves and all other similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>　　　　　　Defendant. | Case No.: 2:20-cv-14514-JXN |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss their claims against Defendant in the above-entitled action with prejudice and without costs in favor of or against any party.

Dated: May 18, 2022

　　　　　　　　　　　　　　　　　　SQUITIERI & FEARON, LLP

　　　　　　　　　　　　　　　　　　By: _/s/ Lee Squitieri_____
　　　　　　　　　　　　　　　　　　　　Lee Squitieri
　　　　　　　　　　　　　　　　　　305 Broadway – 7th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　Tel: (212) 421-6492
　　　　　　　　　　　　　　　　　　Fax: (212) 421-6553
　　　　　　　　　　　　　　　　　　Email: lee@sfclasslaw.com

**\* Case Closed**
**So ORDERED on 5/20/2022:**

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge